UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET,<br><br>           Plaintiff,<br><br>  v.<br><br>A.K. SCRIBNER,<br><br>           Defendant. | CV F- 04-5095 OWW DLB P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO FILE AMENDED COMPLAINT<br>[Doc. 17]<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On May 19, 2006, the Court dismissed plaintiff's complaint with leave to amend, ordering plaintiff to file an amended complaint within 30 days. On June 2, 2006, plaintiff sought an extension of time in which to file an amended complaint. Plaintiff filed the amended complaint on June 26, 2006. Plaintiff's motion for an extension of time is granted *nunc pro tunc* to June 26, 2006.

The amended complaint appears to state cognizable claims for relief for excessive force against the named defendants. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Shinault, Guzman and Hernandez.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3)

1  summons, a Notice of Submission of Documents form, an instruction sheet and a
2  copy of the amended complaint filed June 26, 2006.
3  3.  Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the completed Notice to the
5  Court with the following documents:
6  a.  Completed summons;
7  b.  One completed USM-285 form for each defendant listed above; and
8  c.  Four (4) copies of the endorsed amended complaint filed June 26, 2006.
9  4.  Plaintiff need not attempt service on Defendants and need not request waiver of
10  service.  Upon receipt of the above-described documents, the court will direct the
11  United States Marshal to serve the above-named Defendants pursuant to Federal Rule
12  of Civil Procedure 4 without payment of costs.
13  5.  <u>The failure to comply with this Order will result in a Recommendation that this action</u>
14  <u>be dismissed.</u>
15  IT IS SO ORDERED.
16  Dated:   **March 7, 2007**              /s/ **Dennis L. Beck**
   3c0hj8                              UNITED STATES MAGISTRATE JUDGE