IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LAWRENCE JOLIVET,**<br><br>                      Plaintiff,<br><br>    v.<br><br>**A. K. SCRIBNER, et al. ,**<br><br>                      Defendants. | No. 1:04-cv-5095-OWW-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants Hernandez, Guzman and Shinault filed a first request for an extension of time to file their responsive pleading. Good cause appearing, Defendants are granted an additional thirty days, to and including Wednesday, August 22, 2007, to file their responsive pleading.

GG:js
04pc5095.ext.jol.dm.wpd
SA20073IT21S SO ORDERED.

    **Dated:   July 27, 2007**                          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1