IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET, | 1:04-cv-05095-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE DISCOVERY DOCUMENTS |
| vs. | |
| A K SCRIBNER, et al, | (DOCUMENT #34) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 30, 2008, plaintiff filed a motion to extend time to file discovery documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file discovery documents.

IT IS SO ORDERED.

Dated: **May 2, 2008**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE