UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET,<br><br>             Plaintiff,<br><br>   v.<br><br>A.K. SCRIBNER,<br><br>            Defendant. | CV F- 04-5095 OWW DLB P<br><br>ORDER VACATING COURT DOCUMENT #35, AND DIRECTING CLERK OF COURT TO RETURN PLAINTIFF'S DISCOVERY DOCUMENTS<br><br>ORDER EXTENDING DISCOVERY DEADLINE |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On September 12, 2007, the court issued a Discovery/Scheduling Order setting May 6, 2008 as the discovery cut-off date. (Doc. 33). On May 5, 2008, the court issued an order granting plaintiff's motion for a 30 day extension of time to file discovery documents (Docs. 34, 35).

      Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c). Plaintiff is not required to file his requests for production of documents or his interrogatories with the court.

///

1       Accordingly, the court's order, issued May 5, 2008, is VACATED, and the Clerk of the Court
2 is directed to return to plaintiff any discovery documents submitted.  To remedy any confusion caused,
3 the discovery deadline is extended for 30 days from the date of service of this order.

4      IT IS SO ORDERED.

5      **Dated:  June 10, 2008**            **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE