IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET, | 1:04-cv-05095-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS |
| vs. | |
| A.K. SCRIBNER, et al., | (DOCUMENT #38) |
| Defendants. | AUGUST 7, 2008 DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2008, Defendants filed a motion to extend time to respond to plaintiff's discovery requests. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted two weeks, to and including Thursday, August 7, 2008, in which to respond to plaintiff's discovery requests.

IT IS SO ORDERED.

Dated:   **July 29, 2008**            /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE