UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET,<br><br>            Plaintiff,<br><br>    v.<br><br>A.K. SCRIBNER,<br><br>            Defendant. | CV F- 04-5095 OWW DLB P<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO MODIFY SCHEDULING<br>ORDER/ DISCOVERY ORDER<br><br>(Doc. 37)<br><br>Dispositive Motion Deadline: September 5, 2008 |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On July 7, 2008, defendants moved for a modification of the Scheduling Order / Discovery Order. (Doc. 37). Defendants request that the dispositive motion deadline be extended sixty days, up to and until Friday September 4, 2008.

///
///
///
///
///
///
///

1     Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR,

2 IT IS HEREBY ORDERED that:

3     The scheduling order is modified only to extend the dispositive motion deadline.[1]  Any

4 dispositive motions must be filed on or before Friday September 5, 2008.

5     IT IS SO ORDERED.

6     **Dated:**  **August 18, 2008**            **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust, which were to be filed on or before November 6, 2007.