IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LAWRENCE JOLIVET,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A. K. SCRIBNER, et al. ,**<br><br>　　　　　　　　　Defendants. | 1:04-cv-5095-OWW-DLB (PC)<br><br>**ORDER ON MOTION TO VACATE SCHEDULING ORDER**<br><br>**(Docs. 49, 50)**<br><br>**TELEPHONIC STATUS CONFERENCE:** January 30, 2009 at 9:00 am before the Honorable Dennis L. Beck in Courtroom 9. |

　　On January 15, 2009, Defendants moved to modify the September 17, 2008-scheduling order. Good cause appearing, the Court's September 17, 2008-scheduling order is vacated concerning dates for Defendants' pretrial statements, pretrial conference and trial.

　　This matter is set for telephonic status conference before the Honorable Dennis L. Beck on January 30, 2009 at 9:00 am in Courtroom 9. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic status conference and to initiate the telephonic conference at (559) 499-5670.

　　IT IS SO ORDERED.

　Dated:　**January 20, 2009**　　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE