# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAWRENCE JOLIVET,

                 Plaintiff,

   v.

A. K. SCRIBNER, et al.,

                 Defendants.

_____/

CASE NO. 1:04-cv-05095-OWW-DLB PC

ORDER ASSIGNING ACTION TO
MAGISTRATE JUDGE DENNIS L. BECK

(Docs. 44 and 58)

In light of the fact that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment,[1] IT IS HEREBY ORDERED THAT:

    1.     This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

    2.     The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck, and

    3.     The new case number shall be 1:04-cv-05095-DLB PC.

---

[1] In defendants' pretrial statement, defendants indicate that they will consent to jurisdiction by a Magistrate Judge. (Doc. 58, p. 2:1-4.) Defendants confirmed their consent during a telephonic trial conference on April 3, 2009.

IT IS SO ORDERED.

**Dated:**     **April 9, 2009**                              _____ **/s/ Oliver W. Wanger** _____
                                                                        UNITED STATES DISTRICT JUDGE