# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET, | CASE NO. 1:04-cv-05095 DLB PC |
| Plaintiff, | ORDER REGARDING DEFENDANTS' OBJECTIONS TO PRETRIAL ORDER |
| v. | (Doc. 67) |
| M. HERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Lawrence Jolivet is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Jury trial is set for May 12, 2009.

On April 14, 2009, the Court issued a pretrial order in this case, directing the parties to submit the originals of all trial exhibits to the Courtroom Deputy no later than May 5, 2009. On April 23, 2009, Defendants filed objections to this order. Defendants propose that the Court allow them to submit certified copies of exhibits 1-19 by May 5, 2009. Defendants wish to retain the originals because these records are contained within Plaintiff's original central file and medical file and are necessary for the safety and security of Plaintiff, other inmates, and the California Department of Corrections and Rehabilitation.

Good cause being shown, the Court HEREBY ORDERS that Defendants may submit certified copies of exhibits 1-19 to the Courtroom Deputy no later than May 5, 2009.

IT IS SO ORDERED.

Dated: **April 24, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1