

**FILED**

MAY 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOLIVET, | CASE NO. 1:04-cv-05095 DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A.K. SCRIBNER, et. al., | |
| Defendants. | |

Jury trial in this matter commenced on May 12, 2009. On May 13, 2009, judgment was entered for Defendants and against Plaintiff.

Accordingly, Plaintiff Lawrence Jolivet, K-18817, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: May 13, 2009

_____
UNITED STATES MAGISTRATE JUDGE

1