FILED
JUDGMENT ENTERED
(date) 5/13/09
by (signature)
Deputy Clerk
U.S. District Court
Eastern District of California
✓ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAWRENCE JOLIVET,

    Plaintiff,

vs.

A.K. SCRIBNER, ET AL.,

    Defendants.

**JUDGMENT IN A CIVIL ACTION**

1:04CV05095 DLB (PC)

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.

DATED: 5/13/09

Victoria Minor, Clerk

By: (signature)
Deputy Clerk